FAS

FILED

08 MAY 19 AM 9:38

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 1542 |
| v. | COMPLAINT FOR VIOLATION OF |
| Shirley GONZALEZ, Defendant. | 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony)<br><br>8 U.S.C. 1324<br>Alien Smuggling |

The undersigned complainant being duly sworn states:

That on or about May 16, 2008, within the Southern District of California, defendant Shirley GONZALEZ, did knowingly and intentionally import approximately 12.50 kilograms (27.50 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960. On or about May 16, 2008, within the Southern District of California, defendant Shirley GONZALEZ, did knowingly and intentionally smuggle nine illegal aliens.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Julia Gerard
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF May 2008.

U.S. MAGISTRATE JUDGE

FAS

## PROBABLE CAUSE STATEMENT

I, Special Agent Julia Gerard, declare under penalty of perjury, the following is true and correct:

On May 16, 2008, at approximately 3:10 a.m., United States citizen, Shirley GONZALEZ attempted to enter the United States at the Otay Mesa Port of Entry, San Diego, California. GONZALEZ was the driver of a white Dodge Dakota bearing Baja California license plate AM13769.

At approximately 3:11 a.m., CBP Officer Alarid was conducting vehicle primary operations at the Otay Mesa Port of Entry in lane #3 when a white Dodge Dakota pick up truck bearing Mexican license plate AM13769 applied for admission from Mexico into the United States. The driver of the vehicle, GONZALEZ, presented a valid California identification card and a valid California birth certificate. After receiving a negative Customs declaration, GONZALEZ was sent north.

At approximately the same time, CBP Officer Dumon heard over the radio, "Otay Mesa Port Runner". CBP Officer Dumon responded to the west side of the port. CBP Officers detained the vehicle containing the port runner and the vehicle directly behind, which was the vehicle GONZALEZ was driving. CBP Officer Dumon noted two visible occupants inside the vehicle. CBP Officer Dumon directed the driver to turn off the vehicle. CBP Officer Dumon opened the driver's side door and noticed a person concealed in the rear portion of the seat back rest. CBP Officer Dumon lifted the rear canvass behind the driver's side and discovered several covered and concealed people in the rear of the truck bed. CBP Officer Dumon called for assistance and escorted GONZALEZ to the security office.

At approximately 8:45 while conducting canine enforcement roving operations, CBP Officer Pagan's narcotics/detector canine alerted to the vehicle GONZALEZ was driving.

CBP Officer Garcia performed the seven point inspection on the vehicle. CBP Officer Garcia cut the spare tire of the vehicle open and found 27 cellophane wrapped packages. CBP Officer Garcia probed one of the packages and it produced a green leafy substance which field-tested positive for marijuana. The combined weight of the packages was approximately 12.50 kgs.

During a post-arrest statement, GONZALEZ waived her Miranda rights. GONZALEZ stated she believed the person in the passenger seat of the vehicle was an alien. On May 16, 2008, GONZALEZ was transported to the Metropolitan Correctional Center pending her initial appearance before a U.S. Magistrate Judge in San Diego, California.

Executed on May 16, 2008, at 1810 hours

Julia Gerard, Special Agent
U.S. Immigration & Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on May 16, 2008, in violation of Title 21, United States Code, Section(s) 952 & 960 and Title 8, United States Code 1324.

United States Magistrate Judge

5/16/08 7:29 pm
Date/Time